UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>         Plaintiff,<br><br>  v.<br><br>4355768 CANADA INC., a Canada corporation, dba CrakMedia,<br><br>         Defendant. | No.<br><br>**ORDER GRANTING SCTR'S MOTION TO QUASH SUBPOENA**<br><br>Noted for consideration:<br>October 31, 2014 |

This matter having come before the Court on SCTR's Motion to Quash Subpoena, all parties having received notice of and an opportunity to respond to the motion, the Court having reviewed all pleadings filed by all parties related to the motion, and the Court having reviewed the pleadings and papers on file herein, it is hereby ORDERED:

1. The Subpoena to Testify at a Deposition in a Civil Action ("Subpoena"), dated October 6, 2014 served by Plaintiff Essociate, Inc. ("Essociate") on non-party SCTR Servcies, LLC ("SCTR") is QUASHED;

2. Essociate is prohibited from issuing a new subpoena to SCTR until the parties to United States District Court for the Central District of California Case No. 8:14-cv-00679-JVS-DFM ("California Lawsuit") have exchanged discovery; and

3. Essociate shall pay SCTR the reasonable attorney fees and costs associated with bringing its motion to quash.  SCTR may submit a fee declaration in support of these fees and costs by separate pleading.

ORDER GRANTING SCTR'S MOTION TO QUASH SUBPOENA - 1
NO. CV14-5731-BHS

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

118105.0046/6187071.1

IT IS SO ORDERED.

Done in open court _____, 2014.

_____
HONORABLE UNITED STATES DISTRICT COURT JUDGE

Presented by:

LANE POWELL PC

By s/ Abraham K. Lorber
   Abraham K. Lorber, WSBA No. 40668
   lorbera@lanepowell.com
   1420 Fifth Avenue, Suite 4200
   PO Box 91302
   Seattle, WA 98111-9402
   T: 206.223.7000
   F: 206.223.7107

Attorneys for SCTR Services, LLC

ORDER GRANTING SCTR'S MOTION TO QUASH SUBPOENA - 2
NO. CV14-5731-BHS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

118105.0046/6187071.1

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below I caused a copy of the foregoing document to be filed with the Clerk of the Court via the CM/ECF system. I further certify that on the date indicated below I caused a copy of the foregoing document to be served on the following people in the following manner:

> John D. Du Wors
> Newman Du Wors LLP
> 1201 Third Avenue Suite 1600
> Seattle, WA 98101
> john@newmanlaw.com
> Via email and U.S. Mail

> Derek A Newman
> Newman Du Wors LLP
> 100 Wilshire Boulevard Suite 950
> Santa Monica, CA 90401
> derek@newmanlaw.com
> Via email and U.S. Mail

> Ben M Davidson
> Davidson Law Group
> 11377 West Olympic Boulevard
> Los Angeles, CA 90064
> bdavidson@davidson-lawfirm.com
> Via email and U.S. Mail

I affirm under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

SIGNED October 15, 2014 at Seattle, Washington.

*s/ Peter Elton*
Peter Elton

ORDER GRANTING SCTR'S MOTION TO QUASH SUBPOENA - 3
NO. CV14-5731-BHS

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

118105.0046/6187071.1