UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>4355768 CANADA INC., a Canada corporation, dba CrakMedia,<br><br>        Defendant. | No.<br><br>**DECLARATION OF ABRAHAM K. LORBER**<br><br>Noted for consideration:<br>October 31, 2014 |

Abraham K. Lorber declares and says:

1. I am an attorney for non-party SCTR Services, LLC ("SCTR"). I am over the age of the 18, I am a citizen of the United States, I am competent to make this declaration, and I do so on the basis of personal knowledge. I make this declaration in support of SCTR's Motion to Quash Subpoena.

2. Attached hereto as **Exhibit A** is a true and correct copy of the docket sheet for United States District Court for the Central District of California Case No. 8:14-cv-00679-JVS-DFM. I printed this docket sheet from the PACER website on October 14, 2014.

3. Attached hereto as **Exhibit B** is a true and correct copy of a Subpoena to Testify at a Deposition in a Civil Action, dated October 6, 2014.

//

//

//

DECLARATION OF ABRAHAM K. LORBER- 1
CASE NO.

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

118105.0046/6187087.1

1 I affirm under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

SIGNED October 15, 2014 at Seattle, Washington.

                               s/ Abraham K. Lorber
                               Abraham K. Lorber

DECLARATION OF ABRAHAM K. LORBER- 2
CASE NO.

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

118105.0046/6187087.1

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below I caused a copy of the foregoing document to be filed with the Clerk of the Court via the CM/ECF system. I further certify that on the date indicated below I caused a copy of the foregoing document to be served on the following people in the following manner:

John D. Du Wors
Newman Du Wors LLP
1201 Third Avenue Suite 1600
Seattle, WA 98101
john@newmanlaw.com
Via email and U.S. Mail

Derek A Newman
Newman Du Wors LLP
100 Wilshire Boulevard Suite 950
Santa Monica, CA 90401
derek@newmanlaw.com
Via email and U.S. Mail

Ben M Davidson
Davidson Law Group
11377 West Olympic Boulevard
Los Angeles, CA 90064
bdavidson@davidson-lawfirm.com
Via email and U.S. Mail

I affirm under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

SIGNED October 15, 2014 at Seattle, Washington.

*s/ Peter Elton*
Peter Elton

DECLARATION OF ABRAHAM K. LORBER- 3
CASE NO.

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

118105.0046/6187087.1