THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>                          Plaintiff,<br><br>     v.<br><br>4355768 CANADA INC., a Canada corporation, dba CrakMedia,<br><br>                          Defendant. | Case No. MC14-98RSL<br><br>**RE-NOTE ON MOTION CALENDAR REGARDING SCTR'S MOTION TO QUASH SUBPOENA**<br><br>**NOTE ON MOTION CALENDAR:**<br>**NOVEMBER 14, 2014** |

TO: Essociate, Inc., Plaintiff;

AND TO: John D. Du Wors and Derek A. Newman, attorneys for Plaintiff;

AND TO: Clerk of Court.

Please take notice that non-party SCTR Services, LLC's Motion to Quash Subpoena (Dkt. 1) is re-noted on the motion calendar of Judge Robert S. Lasnik for November 14, 2014.

//
//
//
//
//
//
//
//

RE-NOTE ON MOTION CALENDAR REGARDING SCTR'S MOTION TO QUASH SUBPOENA - 1
NO. MC14-98RSL

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

118105.0047/6195295.1

1 | The earlier noting date of October 31, 2014 has been cancelled.

2 |     DATED October 27, 2014.

3 |                        LANE POWELL PC

4

5 |                 By <u>s/ Abraham K. Lorber</u>
                  Abraham K. Lorber, WSBA No. 40668

6 |                   lorbera@lanepowell.com
                  1420 Fifth Avenue, Suite 4200
                  PO Box 91302

7 |                   Seattle, WA 98111-9402
                  T: 206.223.7000

8 |                   F: 206.223.7107

9 |             Attorneys for SCTR Services, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

RE-NOTE ON MOTION CALENDAR REGARDING SCTR'S MOTION
TO QUASH SUBPOENA - 2
NO. MC14-98RSL

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

118105.0047/6195295.1

## **CERTIFICATE OF SERVICE**

I certify that on the date indicated below I caused a copy of the foregoing document to be filed with the Clerk of the Court via the CM/ECF system. I further certify that on the date indicated below I caused a copy of the foregoing document to be served on the following people in the following manner:

>John D. Du Wors
>Newman Du Wors LLP
>1201 Third Avenue Suite 1600
>Seattle, WA 98101
>john@newmanlaw.com
>Via email and U.S. Mail
>
>Derek A Newman
>Newman Du Wors LLP
>100 Wilshire Boulevard Suite 950
>Santa Monica, CA 90401
>derek@newmanlaw.com
>Via email and U.S. Mail
>
>Ben M Davidson
>Davidson Law Group
>11377 West Olympic Boulevard
>Los Angeles, CA 90064
>bdavidson@davidson-lawfirm.com
>Via email and U.S. Mail

I affirm under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

SIGNED October 27, 2014 at Seattle, Washington.

*s/ Peter Elton*
Peter Elton

---

RE-NOTE ON MOTION CALENDAR REGARDING SCTR'S MOTION TO QUASH SUBPOENA - 3
NO. MC14-98RSL

118105.0047/6195295.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107